Christopher W. Keegan, State Bar No. 232045
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104
Telephone:  (415) 439-1400
Facsimile:  (415) 439-1500
ckeegan@kirkland.com

Attorney for Defendant
THE SERVICEMASTER COMPANY


Robin K. Perkins, State Bar No. 131252
Christopher F. Wohl, State Bar No. 170280
PALMER KAZANJIAN WOHL PERKINS, LLP
520 Capitol Mall, Suite 600
Sacramento, CA  95814
Telephone:  (916) 442-3552
Facsimile:  (916) 442-3606
rperkins@pkwp-law.com
cwohl@pkwp-law.com

Attorneys for Plaintiff
KEN SINCLAIR

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN SINCLAIR,<br><br>                    Plaintiff,<br><br>          v.<br><br>THE SERVICEMASTER COMPANY, a Delaware corporation,<br><br>                    Defendant. | NO. 2:07 CV 00611 FCD DAD<br><br>**STIPULATION EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT FOR DAMAGES** |

Pursuant to E.D. Cal. Civil L.R. 6-144, Plaintiff Ken Sinclair ("Sinclair") and Defendant The ServiceMaster Company ("ServiceMaster"), appearing through their respective counsel, hereby stipulate that ServiceMaster shall have an additional 25 days to answer, move, or otherwise respond to Sinclair's complaint served on ServiceMaster on April 6, 2007. Accordingly, ServiceMaster shall answer, move, or otherwise respond to Sinclair's complaint on or before May 21, 2007.

For Plaintiff KEN SINCLAIR:

Dated: April 25, 2007

/s/ Robin K. Perkins as authorized on April 25, 2007 (L.R. 7-131(e))
Robin K. Perkins, State Bar No. 131252
Christopher F. Wohl, State Bar No. 170280
PALMER KAZANJIAN WOHL PERKINS, LLP
520 Capitol Mall, Suite 600
Sacramento, CA  95814
Telephone:  (916) 442-3552
Facsimile:  (916) 442-3606

For Defendant THE SERVICEMASTER COMPANY:

Dated: April 25, 2007

/s/ Christopher W. Keegan
Christopher W. Keegan, State Bar No. 232045
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104
Telephone:  (415) 439-1400
Facsimile:  (415) 439-1500

James H. Mutchnik, P.C. (*pro hac vice* pending)
KIRKLAND & ELLIS LLP
200 E. Randolph Drive
Chicago, IL 60601
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200

IT IS SO ORDERED

DATED: April 27, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION EXTENDING TIME TO ANSWER,
MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT FOR DAMAGES                    NO. 2:07 CV 00611 FCD DAD

2